In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00551-CR
_____

TROY SIMON CLAYTON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 06-99162

MEMORANDUM OPINION

Pursuant to a plea agreement, appellant Troy Simon Clayton pled guilty to the offense of burglary of a habitation. The trial court found the evidence sufficient to find Clayton guilty, but deferred finding him guilty. The trial court placed Clayton on community supervision for 6 years and assessed a fine of $750. The State subsequently filed a motion to revoke Clayton's unadjudicated community supervision. Clayton pled "true" to two violations of the terms of his community

supervision. The trial court found that Clayton violated the terms of the community supervision order, found Clayton guilty of burglary of a habitation, revoked Clayton's community supervision, and imposed a sentence of 11 years of confinement.

Clayton's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On January 24, 2013, we granted an extension of time for appellant to file a *pro se* brief. We received no response from the appellant.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

---

[1] Appellant may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

_____
CHARLES KREGER
Justice

Submitted on April 30, 2013
Opinion Delivered May 15, 2013
Do not publish

Before Gaultney, Kreger, and Horton JJ.